In the Matter of JACOB S. BLATT, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of MICHAEL E. REIBURN, Formerly MICHAEL E. REITZENBERG, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LUCIUS WILMERDING, JR., Appellant, v. FIORELLO H. LAGUARDIA, as Mayor, and Others, Constituting the Board of Estimate and Apportionment of The City of New York, and Others, Respondents.— Order denying motion for injunction, and order dismissing complaint as amended pursuant to stipulation affirmed, with twenty dollars costs and disbursements to the respondent Francis X. McQuade. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [149 Misc. 735.]

THOMAS GIANNETTINO, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of the NATIONAL LLOYDS CORPORATION, Respondent, for an Order Directing JOHN KADEL and Others, Doing Business under the Firm Name and Style of KADEL, VAN KIRK & TRENCHER, Attorneys, Appellants, to Turn over to Said National Lloyds Corporation the Sum of $25,000.* — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

BEATRICE E. KERR, as Administratrix, etc., of JOHN L. KERR, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order to far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.

SAMUEL NOVICK, as Administrator, etc., of ROSE NOVICK, Deceased, Appellant, v. JOHN H. GARLOCK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HYMAN-MICHAELS COMPANY, Appellant, v. SENIOR AND PALMER, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Glennon, J., dissent and vote to reverse and grant judgment for plaintiff.

RITA ROZADA, Respondent, v. TILLIE TAUBER and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HENRY V. WALKER, Appellant, v. COLUMBIA BROADCASTING SYSTEM, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH V. MAGEE, Respondent, v. TRANSCONTINENTAL AIR TRANSPORT, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.